## BENEFICIAL PERSONNEL SERVICES OF TEXAS, INC. and Business Staffing, Inc.

v.

## Noel PORRAS.

### No. 96–0854.

Supreme Court of Texas.

Jan. 10, 1997.

Appeal from 143rd District Court, Ward County; Bob Parks, Judge.

Prior report: Tex.App., 927 S.W.2d 177.

The joint application for writ of error is granted without reference to the merits and the judgment of the court of appeals is vacated without reference to the merits. The cause is remanded to the court of appeals in accordance with the settlement agreement of

the parties. The joint motion to remand is dismissed as moot.